IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE RAY JONES,

        Petitioner,                  No. CIV S-09-1735 KJM P

      vs.

FREDERICK B. HAWS,

        Respondent.            <u>ORDER</u>

                               /

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 along with an application to proceed in forma pauperis and a request for the appointment of counsel.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. <u>See</u> 28 U.S.C. § 1915(a).

        There currently exists no absolute right to appointment of counsel in habeas proceedings. <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time. Therefore, petitioner's request for the appointment of counsel will be denied.

1  Since petitioner may be entitled to relief if the violations of constitutional rights
2  alleged in his petition for writ of habeas corpus are proved, respondent will be directed to file a
3  response to petitioner's habeas petition.

4  Accordingly, IT IS HEREBY ORDERED that:

5  1. Petitioner's request for leave to proceed in forma pauperis is granted.

6  2. Petitioner's motion for appointment of counsel (Docket No. 5) is denied
7  without prejudice to a renewal of the motion at a later stage of the proceedings.

8  3. Respondent is directed to file a response to petitioner's habeas petition within
9  sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer
10 shall be accompanied by all transcripts and other documents relevant to the issues presented in
11 the petition. See Rule 5, Fed. R. Governing § 2254 Cases.

12 4. If the response to the habeas petition is an answer, petitioner's reply, if any,
13 shall be filed and served within thirty days after service of the answer.

14 5. If the response to the habeas petition is a motion, petitioner's opposition or
15 statement of non-opposition to the motion shall be filed and served within thirty days after
16 service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days
17 thereafter; and

18 6. The Clerk of the Court shall serve a copy of this order, the
19 consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court, and
20 a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick
21 Farrell, Senior Assistant Attorney General.

22 DATED: November 23, 2009.

_____
U.S. MAGISTRATE JUDGE

25 1/mp
jone1735.100(6.23.09)