IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE RAY JONES, | No. 2:09-cv-01735-MCE-KJM P |
|     Petitioner, | |
|   vs. | ORDER |
| FREDERICK B. HAWS | |
|     Respondent. | |
| _____/ | |

On November 24, 2009, the Magistrate Judge issued an order denying petitioner's request for the appointment of counsel. On January 11, 2010, petitioner filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Petitioner's request for reconsideration of the magistrate judge's order of November 24, 2009 is therefore untimely.

/////

/////

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that petitioner's January 11, 2010
2 request for reconsideration is denied.

Dated: January 25, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE