IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE RAY JONES,

        Petitioner,                  No. CIV S-09-1735 MCE KJM P

    vs.

FREDERICK B. HAWS,

        Respondent.            <u>ORDER</u>

                                    /

        Petitioner has filed a motion in which he requests permission to file a traverse in excess of twenty-five pages (Docket No. 17). Because respondent has not yet filed his answer, petitioner's request is denied without prejudice to re-filing after respondent files his answer.

DATED: March 4, 2010.

                                           U.S. MAGISTRATE JUDGE

1
jone1735.25