IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE RAY JONES,

    Petitioner,                    No. CIV S-09-1735 MCE KJM P

    vs.

FREDERICK B. HAWS,

    Respondent.             ORDER

_____/

        On April 15, 2010, plaintiff filed a request for reconsideration of the magistrate judge's April 5, 2010 order denying appointment of counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 5, 2010, is affirmed.

Dated: April 20, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE