IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE RAY JONES,

     Petitioner,                No. CIV-09-1735 MCE KJM P

     vs.

FREDERICK B. HAWS,

     Respondent.             <u>ORDER</u>

                             /

     Petitioner requests that respondent be ordered to provide him with copies of transcripts of Superior Court proceedings occurring on February 27, 2006, March 27, 2006 and March 8, 2007. On June 3, 2010, respondent indicated that transcripts of those proceedings have been lodged with the court.

     The court does not have the authority to order respondent to provide petitioner with transcripts of state court proceedings and the court does not provide free copies of documents to litigants. Therefore, petitioner's request will be denied. The transcripts are available for viewing at the courthouse if petitioner wants to pay for copies he should send a letter to the Clerk of the Court.

/////

Accordingly, IT IS HEREBY ORDERED that petitioner's June 17, 2010 request for copies of the transcripts of Superior Court proceedings occurring on February 27, 2006, March 27, 2006 and Mach 8, 2007 is denied.

DATED: June 30, 2010.

_____
U.S. MAGISTRATE JUDGE

1
jone1735.trn