IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE RAY JONES,

    Petitioner,                   No. CIV S-09-1735 MCE KJM P

    vs.

FREDERICK B. HAWS,

    Respondent.                <u>ORDER</u>

                                  /

        Petitioner has filed a second request that the court provide him with a certain transcript of his California Superior Court criminal proceedings. For the reasons stated in the court's July 1, 2010 order, petitioner's request (docket #41) is denied. Petitioner may request a copy of the transcript, for a fee, from the Clerk of this court.

DATED: August 16, 2010.

                                            U.S. MAGISTRATE JUDGE

1
jone1735.trn2