IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE RAY JONES,

      Petitioner,               No. CIV-09-1735 MCE KJM P

  vs.

FREDERICK B. HAWS,

      Respondent.           <u>ORDER</u>

                                /

        Petitioner has filed request for leave to file a traverse that exceeds 25 pages. Good cause appearing, petitioner's request (#32) is granted and the court will consider the traverse filed by petitioner on May 20, 2010.

DATED: November 2, 2010.

                                                    U.S. MAGISTRATE JUDGE

1
jone1735.trv