IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE RAY JONES,

    Petitioner,                                                         No. CIV S-09-1735 MCE CHS

    vs.

FREDERICK B. HAWS,

    Respondent.                                                ORDER

_____/

        In two pending motions, petitioner requests permission to amend his habeas corpus petition with new exhibits. Petitioner asserts the exhibits are submitted in rebuttal to arguments raised by respondent in the answer. Good cause appearing, the court will deem the exhibits designated B, C, D, and E, which are attached to the pending motions, as having been submitted with petitioner's traverse and properly before the court in consideration of the pending petition to the extent allowable by law.

        Accordingly, IT IS HEREBY ORDERED THAT petitioner's March 7, 2011 and April 14, 2011 motions for leave to amend exhibits are granted in part, in that the exhibits attached to the motions will be considered to any extent appropriate under the law with petitioner's traverse. In all other respects, the motions are denied.

DATED: September 12, 2011

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE